No. 94–9040. Branscomb *v.* Norris, Director, Arkansas Department of Correction. C. A. 8th Cir. Certiorari denied.

No. 94–9041. Monson, aka Barr *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 94–9050. Frushon *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 94–9051. Hundley *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 94–9054. Scott *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–9056. Poplawski *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 94–9058. Ortiz-Reynel *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–9062. Nichols *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 94–9064. Jordan *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–9069. Pierson *v.* Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari denied.

No. 94–9070. Nelson *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 94–9072. Ingraham *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 94–9077. Burdette *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–9079. Elizondo Alvarez *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–9082. Tearl *v.* Smith, Warden, et al. C. A. 4th Cir. Certiorari denied.